McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGEANNE M. BATES,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>        Defendant. | CIV-S-04-0898 LKK PAN<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00). This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

        This stipulation constitutes a compromise settlement of plaintiff's request for all fees and costs

under the EAJA, and does not constitute an admission of liability on the part of defendant under the EAJA.  Payment of the FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00) in fees shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees and costs in connection with this action.

DATED: April 19, 2005           /s/ James O. Keefer
                                           JAMES O. KEEFER
                                           Attorney at Law

                                           Attorney for Plaintiff

DATED: April 25, 2005           McGREGOR W. SCOTT
                                           United States Attorney

                                       By:  /s/ Bobbie J. Montoya
                                           BOBBIE J. MONTOYA
                                           Assistant U. S. Attorney

                                         Attorneys for Defendant

OF COUNSEL

JANICE L. WALLI
Chief Counsel, Region IX

GERALYN A. GULSETH
Assistant Regional Counsel

Social Security Administration

---

Re:  GEORGEANNE M. BATES v. JO ANNE B. BARNHART, Civ-s-04-0898 LKK PAN, Stipulation and Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

**O R D E R**

Upon stipulation of the parties, plaintiff in Civ-S-04-0898 LKK PAN, <u>GEORGEANNE M. BATES v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $4,000.00, pursuant to the Equal Access to Justice Act.

SO ORDERED.

DATED:  April 27, 2005.           /s/Lawrence K. Karlton
                                  **LAWRENCE K. KARLTON**
                                  **UNITED STATES DISTRICT JUDGE**